UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:18-CR-146 |
| | : | |
| v. | : | JUDGE MARBLEY |
| | : | |
| NORMAN D. PETERSON, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Upon application of the United States and for good cause shown pursuant to Federal Rule of Criminal Procedure 48(a), IT IS HEREBY ORDERED that Count 1 of the Superseding Indictment in this case is dismissed with prejudice.

__11/16/18__
DATE

_____
ALGENON L. MARBLEY
United States District Judge

2